IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA I. SANTOS | § | |
| | § | |
| V. | § | Civil Action No. 5:15-cv-00032 |
| | § | |
| AMERICAN MODERN | § | |
| HOME INSURANCE COMPANY | § | |

### AGREED JOINT STIPULATION OF DISMISSAL
### WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Maria I. Santos ("Plaintiff") and Defendant, American Modern Home Insurance Company ("Defendant"), through the undersigned counsel, jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have been asserted against Defendant in this matter, as such parties have agreed upon the settlement and compromise of all claims Plaintiff made against Defendant. Each party agrees to bear its own attorneys' fees and costs.

Dated: April 17, 2015

Respectfully submitted,

By: _____
Andres A. Arguello
Federal Bar ID No. 5966
State Bar No. 15454300
Email: andres@simplyjustice.com
Arguello Hope & Associates, PLLC
1110 Nasa Parkway, Suite 620
Houston, Texas 77058
Ph:  (281) 532-5529
Fax: (281) 402-3534

ATTORNEYS FOR PLAINTIFF
MARIA I. SANTOS

By: _____
Chris C. Pappas
Federal Bar ID No. 5966
State Bar No. 15454300
Email: cpappas@krcl.com
Darrell R. Greer
Federal Bar ID No. 8120
State Bar No. 08413500
Email: dgreer@krcl.com
Kane Russell Coleman & Logan PC
919 Milam, Suite 2200
Houston, Texas 77002
Ph:   (713) 425-7400
Fax:  (713) 425-7700

ATTORNEYS FOR DEFENDANT AMERICAN MODERN HOME INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on April 20th, 2015, a true and correct copy of the foregoing *Agreed Joint Stipulation of Dismissal With Prejudice* was electronically filed with the Clerk of Court for the United States District Court, South District of Texas, Laredo Division, using the electronic case filing system of the Court. I hereby certify that I have served all known counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

| | |
|---|---|
| Andres A. Arguello | Darrell R. Greer |
| Arguello, Hope & Associates, PLLC | Kane Russell Logan & Coleman PC |
| 1110 Nasa Parkway, Suite 620 | 919 Milam Street, Suite 2200 |
| Houston, Texas 77058 | Houston, Texas 77002 |

_____
Darrell R. Greer