IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA I. SANTOS | § | |
| | § | |
| V. | § | Civil Action No. 5:15-cv-00032 |
| | § | |
| AMERICAN MODERN HOME | § | |
| INSURANCE COMPANY | § | |

### ORDER GRANTING AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the Agreed Joint Stipulation of Dismissal With Prejudice filed in this case by Plaintiff, Maria I. Santos ("Plaintiff"), and the Defendant, American Modern Home Insurance Company ("Defendant"), the Court is of the opinion that the Agreed Joint Stipulation of Dismissal with Prejudice should be GRANTED. It is therefore

ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant in this case matter are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorney's fees.

Signed this 23rd of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

3473890 v1 (21674.00362.000)